## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Case No. 21-22589 GLT |
| KATHLEEN POWELL, | : Chapter 13 |
| Debtor. | : |
|  | : Document Nos. 46, 47 |
| _____ | : |
| WBL SPO II, LLC, | : Related to Document No. |
| Movant, | : |
| v. | : Hearing Date: July 27, 2022 at 10:00 a.m. |
| KATHLEEN POWELL, WILLIAM POWELL and RONDA J. WINNECOUR, Chapter 13 Trustee, | : Response Deadline: July 5, 2022 |
| Respondents. | : |

### CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

I, the undersigned, hereby certify that on the 13th day of June 2022, I served WBL SPO II, LLC's Motion for Relief from Automatic Stay and Co-Debtor Stay, along with Notice of Hearing and Response Deadline, on all parties receiving electronic notice through the Court's ECF System, as well as on the following by first class mail, postage prepaid:

Donald R. Calaiaro, Esquire
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of The United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Kathleen and William Powell
136 S. 20th Street
Pittsburgh, PA 15203

Date: June 30, 2022        */s/ William M. Buchanan*
       William M. Buchanan, Esquire
       PA ID 202843
       Cohen Seglias Pallas Greenhall & Furman, P.C.
       525 William Penn Place, Suite 3005
       Pittsburgh, PA 15219
       T: 412-227-5946
       wbuchanan@cohenseglias.com

7802493.1 57890-0002