**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/28/22 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-22589-GLT |
| | : | Chapter: | 13 |
| Kathleen Powell | : | | |
| | : | | |
| | : | Date: | 7/27/2022 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   #46 - Motion for Relief from Stay Filed by WBL SPO II, LLC
   #50 - Response to Motion filed by Debtor

**APPEARANCES:**
   Debtor:   Donald R. Calaiaro
   WBL SPO II   William Buchanan

**NOTES:** [10:43 a.m.]

Buchanan: [Delivers argument in favor of motion for relief]. Debtor has, to date, paid $100 to the trustee. This Debtor is a repeat filer.

Calaiaro: There is a question about whether there has been an adjudication on the merits in this case. I do not believe that WBL holds a legitimate mortgage on this property. If there is no valid signature of the co-owner, there is no valid mortgage. We allege that Debtor's son with the same name as the father signed the mortgage documents.

Court: Why was this issue not teed up previously?

Calaiaro: I did not represent the Debtor previous to this bankruptcy.

Court: I grant you that, but the state court judgment still stands. In addition, why has this Debtor made no payments in her previous cases?

Calaiaro: The previous attorneys that represented Debtor told her what to do.

Court: After looking at the record, I can render a ruling at this time. [Court delivers ruling granting relief from stay].

**OUTCOME:**

1. The *Motion for Relief from Stay Filed by WBL SPO II, LLC* [Dkt No. 46] is GRANTED. [DB to enter proposed order at Dkt. No. 46].

**DATED:** 7/27/2022