FILED
7/28/22 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KATHLEEN POWELL,<br>   Debtor.<br>_____<br>WBL SPO II, LLC,<br>   Movant,<br>v.<br>KATHLEEN POWELL, WILLIAM POWELL and RONDA J. WINNECOUR, Chapter 13 Trustee,<br>   Respondents. | Case No. 21-22589 GLT<br>Chapter 13<br><br>Related to Document No. 46<br><br>Hearing Date: July 27, 2022 at 10:00 a.m.<br><br>Response Deadline: July 5, 2022 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

AND NOW, this __28th Day of July__, 2022, upon consideration and hearing of the Motion for Relief from the Automatic Stay and Co-Debtor Stay filed by Movant, WBL SPO II, LLC after due notice, it is hereby ORDERED that the Motion is GRANTED. The automatic stay and co-debtor stay imposed by 11 U.S.C. §362 and 11 U.S.C. §1301 are terminated as to Movant and the interests of Debtor, Co-Debtor and the Estate in the Mortgaged Property located at 1000 Bradish Street, Pittsburgh, Pennsylvania, 15203. WBL SPO II, LLC may take all necessary and legal steps to foreclose and liquidate the Mortgaged Property, to fix the fair market value for purposes of the Deficiency Judgment Act and to file an amended claim in the bankruptcy proceeding, if applicable. This Order shall survive conversion or dismissal, and stay of this Order under F.R.B.P. 4001(a)(3) is hereby waived.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22589-GLT |
| Kathleen Powell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kathleen Powell, 136 S. 20th Street, Pittsburgh, PA 15203-2052 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1 bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | |
| | on behalf of Debtor Kathleen Powell dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Attorney Calaiaro Valencik dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
        on behalf of Creditor City of Pittsburgh & Pittsburgh School District jhunt@grblaw.com

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mark B. Peduto
        on behalf of Debtor Kathleen Powell mpeduto@c-vlaw.com
        jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William M. Buchanan
        on behalf of Creditor WBL SPO II  LLC wbuchanan@cohenseglias.com,
        williammbuchanan@yahoo.com;ddefoor@cohenseglias.com

William M. Buchanan
        on behalf of Creditor WBL SPO I  LLC wbuchanan@cohenseglias.com,
        williammbuchanan@yahoo.com;ddefoor@cohenseglias.com

TOTAL: 13