# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-22589-GLT |
| Kathleen Powell, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Calaiaro Valencik, | ) |
|     **Movant,** | ) **Related Document No.** 53-52 |
|     vs. | ) **Hearing Date:** 08/24/22 @ 10:00 a.m. |
| Kathleen Powell and | ) **Response Due:** 08/15/22 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|     **Respondents.** | ) **Document No.** |

## NOTICE TO WITHDRAW MOTION TO WITHDRAW
## AS COUNSEL FOR THE DEBTOR

The Movant, Calaiaro Valencik, wishes to withdraw the Motion to Withdraw as Counsel for the Debtor filed July 27, 2022. (Doc. #52)

                                        **Respectfully submitted,**

**Dated:** August 5, 2022                      **BY:** /s/ Donald R. Calaiaro
                                                            **Donald R. Calaiaro, Esquire**
                                                            **PA I.D. No. 27538**
                                                            dcalaiaro@c-vlaw.com
                                                            **CALAIARO VALENCIK**
                                                            **938 Penn Avenue, Suite 501**
                                                            **Pittsburgh, PA  15222-3708**
                                                            **(412) 232-0930**

**Date:**_____                    **SO ORDERED.**

                                                            _____
                                                            **Honorable Gregory L. Taddonio**
                                                            **United States Bankruptcy Judge**