**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-22589-GLT |
| Kathleen Powell, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Kathleen Powell, | ) |
| **Movant,** | ) **Related Document No.** 58-61 |
| vs. | ) **Hearing Date:** 09/14/22 @ 1:00 p.m. |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) **Response Due:** 08/22/22 |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7**
**- Document No. 58**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Convert Case from Chapter 13 to Chapter 7** filed on August 4, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Convert Case from Chapter 13 to Chapter 7** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Convert Case from Chapter 13 to Chapter 7** were to be filed and served no later than August 22, 2022.

It is hereby respectfully requested that the Order attached to the **Motion to Convert Case from Chapter 13 to Chapter 7** be entered by the Court.

**Dated:** August 23, 2022

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**
**dcalaiaro@c-vlaw.com**