**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KATHLEEN POWELL | Case No.:21-22589 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/03/2021 and confirmed on 03/01/2022 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 100.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 95.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 92.10 | |
| Trustee Fee | 2.90 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 95.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| WBL SPO II LLC/WORLD BUSINESS LEND<br>Acct: 7616 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: K289 | 7,511.40 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: K289 | 5,442.51 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: L189 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: L189 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURGH (R<br>Acct: K289 | 25,535.23 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURGH (R<br>Acct: K289 | 5,984.44 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURGH (R<br>Acct: L189 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURGH (R<br>Acct: L189 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY)** | 238.92 | 0.00 | 0.00 | 0.00 |
| Acct: K289 | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY)** | 61.80 | 0.00 | 0.00 | 0.00 |
| Acct: K289 | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: L189 | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: L189 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 3,741.17 | 0.00 | 0.00 | 0.00 |
| Acct: K289 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 174.55 | 0.00 | 0.00 | 0.00 |
| Acct: K289 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: L189 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 143.16 | 0.00 | 0.00 | 0.00 |
| Acct: J289 | | | | |
| | ***N O N E*** | | | |
| **Priority** | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KATHLEEN POWELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KATHLEEN POWELL | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 5,000.00 | 92.10 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 2,766.61 | 0.00 | 0.00 | 0.00 |
| Acct: 3282 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 3,433.38 | 0.00 | 0.00 | 0.00 |
| Acct: 2768 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1655 | | | | |
| INTERNAL REVENUE SERVICE* | 2,657.80 | 0.00 | 0.00 | 0.00 |
| Acct: 3282 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 154.50 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 3,229.88 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,226.43 | 0.00 | 0.00 | 0.00 |
| Acct: 8641 | | | | |
| DUQUESNE LIGHT COMPANY* | 7,709.64 | 0.00 | 0.00 | 0.00 |
| Acct: 8641 | | | | |
| DUQUESNE LIGHT COMPANY* | 6,162.65 | 0.00 | 0.00 | 0.00 |
| Acct: 5293 | | | | |
| US DEPARTMENT OF EDUCATION | 6,238.33 | 0.00 | 0.00 | 0.00 |
| Acct: 3282 | | | | |
| WILLIAM M BUCHANAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BLACK AND GOLD BEER WAREHOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTY POWELL | 0.00 | 0.00 | 0.00 | 0.00 |

| 21-22589 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: | | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | | 0.00 |
|---|---|---|---|
| TOTAL CLAIMED | | | |
| PRIORITY | 2,766.61 | | |
| SECURED | 48,833.18 | | |
| UNSECURED | 30,812.61 | | |

Date: 08/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com