**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No. 21-22589-GLT** |
| Kathleen Powell | ) **Chapter** 7 |
| | ) **Related Document No. 68** |
| **Debtor.** | ) **Document No.** |

## REPORT PURSUANT TO RULE 1019

**AND NOW**, comes Kathleen Powell, by and through her undersigned counsel, and files the following Report pursuant to Rule 1019.

1. Kakthleen Powell is the Debtor in the above captioned proceedings, having filed a voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code on December 3, 2021.

2. On August 5, 2022, the Debtor filed a motion to convert the case to a Chapter 7.

3. On August 23, 2022, the Debtor's case was converted to a Chapter 7.

4. The Debtor did not incur any unpaid debts between filing and conversion.

5. The Debtor did not enter into any executory contracts during the pendency of his Chapter 13 case.

**Respectfully Submitted,**

**Dated: September 6, 2022**

**BY: /s/ Donald R. Calaiaro**
Donald R. Calaiaro, Esquire
PA I.D. #27538
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No. 21-22589-GLT** |
| Kathleen Powell | ) **Chapter** 7 |
| | ) **Related Document No. 68** |
| **Debtor.** | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Report Pursuant to Rule 1019**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 6, 2022.

**Via First-class Mail**
Kathleen Powell, 136, S. 20th Street, Pittsburgh, PA 15203

**Served by NEF**:
Natalie Lutz Cardiello, Esquire, ncardiello@cardiello-law.com
Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification
    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| **Dated: September 6, 2022** | **BY: /s/ Donald R. Calaiaro** |
| | **Donald R. Calaiaro, Esquire** |
| | **PA I.D. #27538** |
| | **dcalaiaro@c-vlaw.com** |
| | **CALAIARO VALENCIK** |
| | **938 Penn Avenue, Suite 501** |
| | **Pittsburgh, PA 15222-3708** |
| | **(412) 232-0930** |