**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-22589-GLT |
| Kathleen Powell, | ) **Chapter** 7 |
|       **Debtor,** | ) |
| Kathleen Powell, | ) **Related Document No.** |
|       **Movant,** | ) **Hearing Date:** 10/17/22 @ 8:45 a.m. |
| vs. | ) **Response Due:** |
| Natalie Lutz Cardiello, Chapter 7 Trustee, | ) |
|       **Respondent.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF DOCKET TEXT RESCHEDULED 341 MEETING OF CREDITORS

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 21, 2022.

**FIRST CLASS MAI & EMAIL**
Kathleen Powell, 136 S. 20th St., Pittsburgh, PA 15203; lisab09170@gmail.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** September 21, 2022        /s/ Mark B. Peduto
      **Mark B. Peduto, Esquire**
      **PA I.D. #62923**
      **mpeduto@c-vlaw.com**
      **CALAIARO VALENCIK**
      **938 Penn Avenue, Suite 501**
      **Pittsburgh, PA  15222-3708**
      **(412) 232-0930**