**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-22589-GLT |
| Kathleen Powell, | ) **Chapter** 7 |
| **Debtor,** | ) |
| Calaiaro Valencik, | ) **Related Document No.** 85-84 |
| **Movant,** | ) **Hearing Date:** 11/02/22 @ 10:30 a.m. |
| vs. | ) **Response Due:** 10/24/22 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
CHAPTER 13 FEE PETITION IN CONVERTED CASE
- Document No. 84**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Chapter 13 Fee Petition in Converted Case** filed on October 7 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Chapter 13 Fee Petition in Converted Case** appears thereon. Pursuant to the Notice of Hearing, objections to the **Chapter 13 Fee Petition in Converted Case** were to be filed and served no later than October 24, 2022.

It is hereby respectfully requested that the Order attached to the **Chapter 13 Fee Petition in Converted Case** be entered by the Court.

**Dated:** October 25, 2022

**BY:**  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire
PA I.D. No. 27538
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930
dcalaiaro@c-vlaw.com**