Certificate Number: 05781-PAW-DE-036955387

Bankruptcy Case Number: 21-22589



05781-PAW-DE-036955387

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2022, at 1:49 o'clock AM PDT, Kathleen Powell completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  November 5, 2022            By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President