**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kathleen Powell**
Debtor(s)

Bankruptcy Case No.: 21−22589−GLT

Chapter: 7
Docket No.: 104 − 103

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    William M. Buchanan has been removed as attorney from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: February 27, 2024

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-22589-GLT

Kathleen Powell  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Feb 27, 2024      Form ID: 143      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Powell, 136 S. 20th Street, Pittsburgh, PA 15203-2052 |
| aty | + | Mark B. Peduto, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |
| aty | + | William M. Buchanan, Cohen Seglias Pallas Greenhall & Furman, 525 William Penn Place, Ste 3005, Pittsburgh, PA 15219-1706 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Feb 28 2024 00:36:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

**Name**      **Email Address**

Andrew Kevin Pratt
     on behalf of Debtor Kathleen Powell apratt@c-vlaw.com
     kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

David Z. Valencik
     on behalf of Debtor Kathleen Powell dvalencik@c-vlaw.com
     kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;

Case 21-22589-GLT   Doc 105   Filed 02/29/24   Entered 03/01/24 00:32:37   Desc
Imaged Certificate of Notice   Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: 143 | Total Noticed: 4 |

ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

Denise Carlon

on behalf of Creditor U.S. Bank National Association as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1 dcarlon@kmllawgroup.com

Donald R. Calaiaro

on behalf of Defendant Kathleen Powell dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

Donald R. Calaiaro

on behalf of Defendant William J. Powell dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

Donald R. Calaiaro

on behalf of Attorney Calaiaro Valencik dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

Donald R. Calaiaro

on behalf of Debtor Kathleen Powell dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

James McNally

on behalf of Plaintiff WBL SPO II LLC jmcnally@cohenseglias.com, ddefoor@cohenseglias.com

James McNally

on behalf of Creditor WBL SPO I LLC jmcnally@cohenseglias.com, ddefoor@cohenseglias.com

James McNally

on behalf of Creditor WBL SPO II LLC jmcnally@cohenseglias.com, ddefoor@cohenseglias.com

Jeffrey R. Hunt

on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor City of Pittsburgh & Pittsburgh School District jhunt@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Natalie Lutz Cardiello

ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William M. Buchanan

on behalf of Plaintiff WBL SPO II LLC wbuchanan@cohenseglias.com,
williammbuchanan@yahoo.com;ddefoor@cohenseglias.com

William M. Buchanan

on behalf of Creditor WBL SPO II LLC wbuchanan@cohenseglias.com,
williammbuchanan@yahoo.com;ddefoor@cohenseglias.com

William M. Buchanan

on behalf of Creditor WBL SPO I LLC wbuchanan@cohenseglias.com,
williammbuchanan@yahoo.com;ddefoor@cohenseglias.com

TOTAL: 20