**Form 605**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kathleen A. Powell** | : | Case No. 21–22589–GLT |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| WBL SPO II, LLC | : | |
| *Plaintiff(s),* | : | |
| | : | Adversary No. 22–02071–GLT |
| v. | : | Related to Document No. 60 |
| Kathleen A. Powell and William J. Powell | : | |
| *Defendant(s).* | : | Hearing Date: *4/11/24* at *03:00 PM* |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 22nd of March, 2024*, a *Joint Motion To Approve Compromise and Settlement Pursuant to 11 U.S.C.§ 105 and Federal Rule of Bankruptcy Procedure 9019 (a)* having been filed by the parties WBL SPO II, LLC ("WBL") and Kathleen A. Powell and WIlliam J. Powell at Doc. No. 60,

It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

(1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. *Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.*

(2)   *On or before April 8, 2024,* any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

(3)   An in–person hearing will be held on April 11, 2024 at 03:00 PM before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non–evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's **General Procedures.**

Register here: (http://www.pawb.uscourts.gov/judge–taddonios–video–conference–hearing–information).

General Procedures: (http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt–proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(4)   If, after proper service, a Responding Party fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L Taddonio, refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5)   A maximum of ten (10) minutes has been allotted to hear this matter. Should this matter require more than ten (10) minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: James McNally, Esq.
Donald R. Calaiaro, Esq.
WBL SPO II, LLC
Katheen A. Powell
William J. Powell

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Kathleen Powell | : | Bankruptcy Case No.: 21-22589-GLT |
| | : | |
| | : | Chapter 7 (Converted) |
| Debtor(s) | : | |
| | : | Adversary Proceeding No.: 22-02071-GLT |
| WBL SPO, II, LLC | : | |
| | : | Re Doc.: 60, 61 |
| Plaintiff(s) | : | |
| vs. | : | |
| | : | |
| Kathleen Powell and William J. Powell, Jr. | : | |
| | : | |
| Defendant(s) | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was,

more than 18 years of age and that

on the 25th  day of March 2024, I served a copy of the Joint Motion to Approve

Compromise and Settlement Pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy

Procedure 9019(a)4, 2023 (Doc. #60) and a copy of the Order Scheduling Dates for Response

and Hearing on Motion (Doc. #61),  by First Class U.S. mail, postage prepaid, on the following:


Black & Gold Beer Warehouse, LLC
1000 Bradish Street
Pittsburgh, PA 15203

Christy Powell
136 S. 20th Street
Pittsburgh, PA 15203

Commonwealth of PA
Department of Revenue
Bureau of Compliance
Department 280946
Harrisburg, PA 17128-0432

Corporation Service Company
P.O. Box 2576
Springfield , Il 62708

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Invision Funding, LLC
d/b/a Yellowstone Capital, LLC
160 Pearl Street., 5th Fllor
New York, NY 10005

William F. Rogel, Esquire
Flaherty Fardo, LLC
812 Ivy Street
Pittsburgh, PA 15232

William J. Powell
1025 Washington Road
Pittsburgh, PA 15217

Jeffrey R. Hunt, Esquire
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA 15222

Natalie Lutz Cardiello
107 Huron Drive
Carnegie PA 15106

Kathleen Powell
136 S. 20th Street
Pittsburgh, PA 15203

William J. Powell, Jr.
136 S. 20th Street
Pittsburgh, PA 15203

Donald R. Calaiaro, Esquire
Calaiaro Valencik
938 Penn Avenue
Suite 501
Pittsburgh, PA 15222

**Executed on: March 24, 2024**                    **Cohen Seglias Pallas
                                                     Greenhall & Furman, PC**

                                    By:    /s/ James McNally
                                           James McNally Esquire
                                           Pa I.D. No. 78341
                                           525 William Penn Place, Suite 3005
                                           Pittsburgh PA 15219
                                           jmcnally@cohenseglias.com
                                           (412) 434-5530

                                           *Counsel for Plaintiff*

9090177.1 57890-0002